■ In the Matter of OTTO SCHEUBLE, Appellant, v NEAL DOYLE, as Assessor of the Town of Mamaroneck, Respondent. In the Matter of KATHRYN SCHEUBLE et al., Appellants, v THOMAS J. McEVOY, as Assessor of the Town of Mamaroneck, Respondent.—Judgment of the Supreme Court, Westchester County, dated May 10, 1978, affirmed, with costs (see *Matter of Hartland Arms v Tax Comm. of City of N. Y.*, 54 AD2d 700, 701). Mollen P. J., Titone, O'Connor and Mangano, JJ., concur.